NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**VIDEOLABS, INC.,**
*Appellant*

**v.**

**NETFLIX, INC.,**
*Appellee*

―――――――――

2025-1131

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00628.

―――――――――

## JUDGMENT

―――――――――

JAIME F. CARDENAS-NAVIA, Reichman Jorgensen Lehman & Feldberg LLP, New York, NY, argued for appellant. Also represented by MICHAEL MATULEWICZ-CROWLEY, NATHANIEL GUSTAV WARNER; BRIAN C. BARAN, SAVANNAH H. CARNES, NAVEED S. HASAN, CHRISTINE E. LEHMAN, Washington, DC.

ALIZA GEORGE CARRANO, Willkie Farr & Gallagher LLP, Washington, DC, argued for appellee. Also

represented by DANE SOWERS; DEVON WESLEY EDWARDS, MATTHEW S. FREIMUTH, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2026
Date

Jarrett B. Perlow
Clerk of Court